# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ASHA FARHAN HASSAN,

Defendant.

Case No.: 25-CR-366 (DSD)

**NOTICE OF WITHDRAWAL
OF COUNSEL**

PLEASE TAKE NOTICE that the undersigned attorney, Kimberly A. Svendsen, Esq. of Winthrop & Weinstine, P.A., hereby withdraws as counsel of record for Defendant Asha Farhan Hassan in this the above-captioned case pursuant to Local Rule 83.7(a). Undersigned counsel's employment is changing as of February 20, 2026, and she is unable to continue her representation of Ms. Hassan.  Therefore, it is in the best interest of justice that undersigned counsel withdraw from representing Ms. Hassan.

Dated:  February 16, 2026

WINTHROP & WEINSTINE, P.A.

/s/ *Kimberly A. Svendsen*
Kimberly A. Svendsen, #0504097
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402
612-604-6400
KSvendsen@winthrop.com

*Attorney for Defendant Asha Hassan*

41948405v1