**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**UNDER SEAL**

UNITED STATES OF AMERICA

     v.                                                                     Criminal No.  25-484 (JRT)

ABDINAJIB HASSAN YUSSUF

_____

UNITED STATES OF AMERICA

     v.                                                                     Criminal No.  25-366 (DSD)

ASHA FARHAN HASSAN

_____

### NOTICE TO THE COURT OF POSSIBLE RELATED CASES

The undersigned attorney hereby notifies the Court and counsel that the above-captioned cases are related for the following reasons:

■      The cases involve the same act or transaction connected with or constituting a part of a common conspiracy, scheme or plan;

■      The cases arise out of the same operative set of facts, behavioral episode or course of conduct whether the prior cases are open or closed;

■      The cases arise out of the same investigation and have temporal proximity;

■      A subsequent case results from cooperation rendered by a defendant or defendants in a previous case, whether open or closed; and

■      The cases stem from an investigation of a common organization; e.g., a particular gang, corporation, financial institution, etc., and the cases involve common personnel and/or factual scenarios.

Dated: January 9, 2026

Respectfully submitted,

DANIEL N. ROSEN
United States Attorney

/s/ *Rebecca E. Kline*

BY: REBECCA E. KLINE
JOSEPH H. THOMPSON
Assistant United States Attorneys